UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PAMELA OLSEN, DEIRDRE KETCHAM, and
NOREEN CRIBBIN,

                      Plaintiffs,

      -against-

THE COUNTY OF NASSAU; DETECTIVE LIEUTENANT,
VINCENT ROBUSTELLI, LIEUTENANT JOSEPH
CARINI, SERGEANT STEVEN ZETH, SERGEANT
ROBERT ATCHISON, DETECTIVE KEN CATALANI
and DETECTIVE KEN SCHMITT, (in their official
and individual capacities),

                      Defendants.

------------------------------------------------------------X

PARTIAL JUDGMENT

05-CV-3623 (ETB)

A Memorandum and Order of the Honorable E. Thomas Boyle, United States Magistrate Judge, having been filed on May 7, 2009, denying Defendants' motions for judgment as a matter of law or, alternatively, for a new trial, and thereby affirming the jury's verdict rendered after trial on November 14, 2008, awarding damages to all Plaintiffs, and defendants not having appealed portions of that decision, it is:

ORDERED AND ADJUDGED that judgment is entered as against the COUNTY OF NASSAU in favor of the plaintiff Pamela Olsen in the amount of $682,747.00 (Six Hundred Eighty Two Thousand Seven Hundred Forty Seven Dollars), as well as interest on this amount to be calculated by the Clerk of the Court from November 19, 2009 to the date of this Judgment in the amount of ___$1,360.26___, and it is further

ORDERED AND ADJUDGED that judgment is entered as against the COUNTY OF NASSAU in favor of the plaintiff Deidre Ketchum in the amount of $150,000.00 (One Hundred Fifty Thousand Dollars), as well as interest on this amount to be calculated by the Clerk of the Court from November 19, 2009 to the date of this Judgment in the amount of ___$298.85___, and it is further

1

ORDERED AND ADJUDGED that judgment is entered as against the COUNTY OF NASSAU in favor of the plaintiff Noreen Cribbin in the amount of $50,000.00 (Fifty Thousand Dollars), as well as interest on this amount to be calculated by the Clerk of the Court from November 19, 2009 to the date of this Judgment in the amount of __$99.62__, and it is further

ORDERED AND ADJUDGED that judgment is entered as against ROBERT ATCHISON in favor of Pamela Olsen in the amount of $1.00 (One Dollar), and it is further

ORDERED AND ADJUDGED that judgment is entered as against ROBERT ATCHISON in favor of Deidre Ketchum in the amount of $1.00 (One Dollar), and it is further

ORDERED AND ADJUDGED that judgment is entered as against the COUNTY OF NASSAU in favor of all Plaintiffs in the amount of $517,434.95 (Five Hundred Seventeen Thousand Four Hundred Thirty Four Dollars and Ninety-Five Cents), as well as interest on this amount to be calculated by the Clerk of the Court from January 27, 2010 to the date of this Judgment in the amount of __$678.76__, and it is further

ORDERED AND ADJUDGED that after resolution of the remainder of the claims which are currently the subject of an appeal at the Second Circuit (Docket Number 09-5288), the Court will address and, if appropriate, issue a separate order and judgment regarding attorneys' fees, costs, and expenses which accrued subsequent to the Plaintiffs' last application for same, and regarding the remaining claims which are currently the subject of an appeal.

Dated: Central Islip, New York
~~June~~ May 9, 2010

ROBERT C. HEINEMAN
CLERK OF THE COURT

By: _____
Deputy Clerk

2